UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD WILLIAMS,
        Plaintiff,        Civil Action No.: 14-12820
                                 Honorable Victoria A. Roberts
v.                                 Magistrate Judge Elizabeth A. Stafford

DANIEL HARRIS, *et. al*.

        Defendants.
_____/

## ORDER REGARDING SETTLEMENT

The Court held a settlement conference on February 3, 2015, which led the parties to agree to a settlement that was placed on the record. A status conference was held on June 3, 2015, during which the parties acknowledged that they had not taken the necessary steps toward executing the settlement. With the parties' agreement, the Court set the following schedule:

- Plaintiff's counsel must send via U.S. mail a revised settlement agreement to Defendant Daniel Harris by June 10, 2015;

- Within three days of receiving the revised settlement agreement, Harris must sign the agreement and return it to defense counsel;

- Upon receipt of the signed settlement agreement, Plaintiff's counsel must turn over the titles of Harris's vehicles to him;

- Upon receipt of the signed settlement agreement, Plaintiff's counsel must also notify the Court, which will then recommend that an order of dismissal be entered that retains the Court's jurisdiction for the limited purpose of enforcing the settlement.

**IT IS SO ORDERED.**

                                                  s/Elizabeth A. Stafford
                                                  ELIZABETH A. STAFFORD
                                                  United States Magistrate Judge

Dated: June 4, 2015

### **NOTICE TO THE PARTIES REGARDING OBJECTIONS**

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U. S. C. §636(b)(1).

### **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 4, 2015.

                                                  s/Marlena Williams
                                                  MARLENA WILLIAMS
                                                  Case Manager